### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| HORMOZDI LAW FIRM, LLC, a Georgia Limited Liability Company, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ADVANTAGE INVESTIGATIVE SERVICES, LLC, <br><br> Defendant. | Case No. 1:19-cv-05173-MLB |

## NOTICE OF SETTLEMENT

Plaintiff, HORMOZDI LAW FIRM, LLC, ("Plaintiff"), through Plaintiff's attorney, Charles M. Clapp, informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

DATED: January 31, 2020                RESPECTFULLY SUBMITTED,

                                          By:/s/ Charles M. Clapp_____
                                              Charles M. Clapp
                                              GA Bar No. 101089
                                              5 Concourse Parkway NE
                                              Suite 3000
                                              Atlanta, Georgia 30328
                                              Tel: 404.585.0040
                                              Fax: 404.393.8893
                                              charles@lawcmc.com

## **CERTIFICATE OF SERVICE**

I certify that on January 31, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

>By: /s/ Charles M. Clapp
>Charles M. Clapp