## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HORMOZDI LAW FIRM, LLC, a Georgia Limited Liability Company, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ADVANTAGE INVESTIGATIVE SERVICES, LLC, <br><br> Defendant. | Case No. 1:19-cv-05173-MLB |

## **STIPULATION TO DISMISS**

Plaintiff, HORMOZDI LAW FIRM, LLC, and Defendant, ADVANTAGE INVESTIGATIVE SERVICES, LLC, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

[INTENTIONALLY LEFT BLANK]

1

By:/s/ Charles M. Clapp_____  
    Charles M. Clapp  
    GA Bar No. 101089  
    5 Concourse Parkway NE  
    Suite 3000  
    Atlanta, Georgia 30328  
    Tel: 404.585.0040  
    Fax: 404.393.8893  
    charles@lawcmc.com  

By: /s/ William B. Pate_____  
    William B. Pate  
    Dennis, Corry, Smith & Dixon, LLP  
    900 Circle 75 Pkwy  
    Suite 1400  
    Atlanta, GA 30339  
    Telephone: 404-364-4507  
    wpate@dcplaw.com  
    Attorney for Defendant  

## **CERTIFICATE OF SERVICE**

    On February 20, 2020, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Stipulation to Dismiss to Defense Counsel.

        By:  /s/ Charles M. Clapp_____  
            Charles M. Clapp